# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KEVIN GILL, | Case No. 3:20-cv-00097-MMD-CLB |
| Petitioner, | ORDER |
| v. | |
| ISIDRO BACA, *et al.*, | |
| Respondents. | |

Petitioner have filed a motion for enlargement of time (ECF No. 7). Good cause appearing, it is ordered that Petitioner's motion for enlargement of time (ECF No. 7) is granted. Petitioner will have up to and including June 29, 2020, to show cause why this action should not be dismissed as untimely.

DATED THIS 27th day of March 2020.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE