UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

KEVIN GILL,

                Petitioner,

v.

ISIDRO BACA, *et al.*,

                Respondents.

Case No. 3:20-cv-00097-MMD-CLB

ORDER

Petitioner has filed a motion for enlargement of time, for which it appears there is good cause to grant.

It is therefore ordered that Petitioner's motion for enlargement of time (ECF No. 9) is granted. Petitioner will have up to and including July 15, 2020, to show cause why this action should not be dismissed as untimely.

DATED THIS 26th day of June 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE